# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140974

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 140974
                                                     COA: 296385
                                                     Oakland CC: 08-222377-FH
ARNITA MARIE PARHAM,
          Defendant-Appellant.

_____/

          On order of the Court, the application for leave to appeal the March 11, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

d0719

_____
Clerk